VAUGHN *v.* THE STATE.

BELL, Justice. The defendant was indicted for the offense of murder by running over and killing a named person with an automobile, and on the trial was convicted of the offense charged. His motion for a new trial based solely upon the general grounds was overruled, and he excepted. *Held,* that the evidence was sufficient to support the verdict,

and the judgment refusing a new trial was not erroneous as contended. See *Butler* v. *State,* 178 *Ga.* 700 (173 S. E. 856); *Jones* v. *State,* 185 *Ga.* 68 (194 S. E. 216); *Meadows* v. *State,* 186 *Ga.* 592 (199 S. E. 133). The case differs on its facts from *Ivey* v. *State,* 191 *Ga.* 461 (12 S. E. 2d, 879). *Judgment affirmed. All the Justices concur.*

No. 13968. JANUARY 13, 1942.

*Kelly & Hicks,* for plaintiff in error.

*Ellis G. Arnall, attorney-general, Henderson Lanham, solicitor-general, E. J. Clower* and *C. E. Gregory Jr., assistant attorneys-general,* contra.